UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF HOMELESS; KEVIN PERDOMO; DENISE TURNER,

                    Defendants.

24-CV-5091 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 22, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge